# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

**DRAKE ALLEN GAFFORD,**
      ***Plaintiff,***

    §          **MO:25-CV-00416-DC**

**v.**

**COUNTY OF UPTON, et al.,**
      ***Defendants.***

## ORDER

Before the Court are United States Magistrate Judge Ronald C. Griffin's reports and recommendations (Docs. 24, 25, 26), which recommend granting several motions to dismiss.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews the report for clear error or conclusions that are contrary to law, finding none.

Accordingly, Defendant Steven Dodd's motion to dismiss (Doc. 9); Defendant Laurie English's motion to dismiss (Doc. 11); and the joint motion to dismiss from Defendants County of Upton, Upton County Sherriff's Office, Dan W. Brown Law Enforcement

Center, Cindy Brown, Tyler Perkins, Jerry Robertson, K.T. Pruett, Graham Smith, and Jane Doe (Doc. 5) are **GRANTED**. Those claims are dismissed as is set out in the R&Rs.

That leaves only the claims against the Office of the Attorney General. Plaintiff has still failed to properly serve that Defendant. The Court therefore **ORDERS** Plaintiff to complete service within seven days of receipt of this order.

The Clerk is **ORDERED** to mail this order via certified mail to Plaintiff's address-of-record.

It is so **ORDERED**.

SIGNED this 22nd day of April, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

2