**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DRAKE ALLEN GAFFORD,**<br>*Plaintiff,* | § | |
| | § | |
| | § | **MO:25-CV-00416-DC** |
| **v.** | § | |
| | § | |
| **COUNTY OF UPTON, et al.,**<br>*Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation (Doc. 34) concerning Defendant Glen Eisen's Motion to Dismiss. (Doc. 18). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on June 17, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJDICE** the remainder of the case. As the R&R details, Plaintiff has been provided

multiple chances to effect proper service on the single, remaining Defendant: OAG. Since he has not done so, this Court dismisses the case pursuant to its authority under Federal Rule of Civil Procedure 41(b) for failure to timely serve the OAG, failure to prosecute, and failure to comply with this Court's orders.

It is so **ORDERED**.

SIGNED this 14th day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

2